Arnold B. Calmann (abc@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
SAIBER LLC
One Gateway Center
10th Floor, Suite 1000
Newark, New Jersey 07102
Tel.: 973.622.3333
Fax: 973.286.2465

Dennies Varughese, Pharm.D. (dvarughese@sternekessler.com)
Robert G. Sterne (rsterne@sternekessler.com)
Monica Riva Talley (mtalley@sternekessler.com)
Nirav N. Desai (ndesai@sternekessler.com)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., NW, Suite 600
Washington, D.C. 20005
Tel.: 202.371.2600
Fax: 202.371.2540

*Attorneys for Plaintiff*
*Juul Labs, Inc.*

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 MAY 16  P 12: 33

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUUL LABS, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>KING DISTRIBUTION LLC,<br>XTRA SMOKE SHOP LLC,<br>FADI SALIM, and<br>JOHN DOES 1 – 50,<br><br>       Defendants. | Civil Action No. 18-9233<br><br>**CERTIFICATION PURSUANT TO THE**<br>**MAY 15, 2018 ORDER TO SHOW CAUSE** |

I, MONVAN HU, of full age, hereby declare as follows:

1.     I am an associate of the law firm of Saiber LLC, counsel for the plaintiff, Juul

Labs, Inc. ("Juul"). I have personal knowledge of the matters set forth herein.

2.        I submit this Certification to further attest to the advance telephone notice provided to each of the defendants, to the extent possible, of plaintiff Juul's application on May 15, 2018 for the entry of an Order to Show Cause seeking a Preliminary Injunction and related relief. This Certification also is submitted to supplement my Declaration of Notice of Order to Show Cause filed with the Court yesterday, on May 15, 2018, to attest to Juul's efforts to provide further notice and information to each of the Defendants after the entry by this Court of the Order to Show Cause in this matter on May 15, 2018, in compliance with the terms of the Court's May 15, 2018 Order to Show Cause.

3.        On May 15, 2018, at or around 8:30 PM I attempted to contact defendant Fadi Salim ("Salim") by phone at his listed number (973) 356-4801, to provide further information concerning the entry of the Order to Show Cause and related relief. The call went to voicemail, but the mailbox was full and thus, no voice message could be left for Mr. Salim.

4.        On May 16, 2018, at or around 9:13 AM, I attempted to contact Mr. Salim again by phone at his listed number (973) 356-4801. The call again went to voicemail, but the mailbox was still full and thus, no voice message could be left for Mr. Salim

5.        On May 15, 2018 at or around 8:36 P.M., I called defendant Xtra Smoke Shop LLC ("Xtra Smoke Shop"), at its listed business phone number of (862) 336-1005. I spoke with an individual who identified herself as "Michelle Yes," who informed me that the manager, who was identified as defendant Mr. Salim, was not available, and asked me to call back in the morning the next day. I informed that individual that an Order to Show Cause had been entered against Xtra Smoke Shop and against Fadi Salim by the federal court for the District of New Jersey in Newark, New Jersey earlier in the day. I asked that she pass the message, along with

2

my contact information, to the manager.

6.   On May 16, 2018 at or around 9:14 A.M., I attempted to contact defendant Xtra Smoke Shop again, at its listed business phone number of (862) 336-1005.   There was no answer.

7.   On May 15, 2018, at or around 8:40 P.M, I attempted to contact defendant King Distribution LLC ("King"), at its listed business phone number of (973) 837-8560.   The call went to voicemail.  I left a message for the manager and/or Fadi Salim (who we understand to be the manager or principal of King) informing King that an Order to Show Cause had been entered against King and Mr. Salim by the federal court for the District of New Jersey in Newark, New Jersey earlier in the day.  I left my contact information in the voicemail as well.

8.   On May 16, 2018, at or around 9:16 A.M., I attempted several times to contact defendant King again, at its listed business phone number of (973) 837-8560.  On each attempt, a message from the operator indicated that the call could not be completed.

9.   On May 16, 2018, in compliance with the May 15, 2018 Order to Show Cause, I also caused a service company to hand deliver to each of the defendants and serve upon each a redacted version of all the Order to Show Cause papers including the Order to Show Cause, at the following addresses:

**King Distribution LLC**
356 Getty Ave – Bldg 6
Clifton, New Jersey 07011

**Xtra Smoke Shop LLC**
1090 Main Street, Store 104,
Paterson, New Jersey, 07503

3

**Fadi Salim**
48 Continental Circle
Totowa, New Jersey, 07512
&
281 Route 46 West
Elmwood Park, New Jersey 07407

10.     On May 16, 2018, in compliance with the May 15, 2018 Order to Show Cause, I

also mailed by Federal Express to each of the defendants a redacted version of all the Order to

Show Cause papers including the Order to Show Cause, at the following addresses:

**King Distribution LLC**
356 Getty Ave – Bldg 6
Clifton, New Jersey 07011

**Xtra Smoke Shop LLC**
1090 Main Street, Store 104,
Paterson, New Jersey, 07503

**Fadi Salim**
48 Continental Circle
Totowa, New Jersey, 07512
&
281 Route 46 West
Elmwood Park, New Jersey 07407

11.     Notwithstanding multiple efforts to provide notice to each of the Defendants, the

foregoing represents my personal best efforts to effectuate and accomplish such notice.  I have

no other way to otherwise communicate with any of the Defendants other than as reflected in my

substantial efforts herein.

I declare under penalty of perjury, pursuant to the laws of the United States of America,

that the foregoing statements are true and correct to the best of my knowledge and belief.

MONVAN HU

4