Arnold B. Calmann (abc@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
SAIBER LLC
One Gateway Center
10th Floor, Suite 1000
Newark, New Jersey 07102
Tel.: 973.622.3333
Fax: 973.286.2465

Dennies Varughese, Pharm.D. (dvarughese@sternekessler.com)
Robert G. Sterne (rsterne@sternekessler.com)
Monica Riva Talley (mtalley@sternekessler.com)
Nirav N. Desai (ndesai@sternekessler.com)
Jean Paul Y. Nagashima (ynagashima@sternekessler.com)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., NW, Suite 600
Washington, D.C. 20005
Tel.: 202.371.2600
Fax: 202.371.2540

*Attorneys for Plaintiff*
*Juul Labs, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KING DISTRIBUTION LLC, XTRA SMOKE SHOP LLC, FADI SALIM, and JOHN DOES 1 – 50, <br><br> Defendants. | Civil Action No. 18-9233 <br><br> **CERTIFICATION OF SERVICE OF MAY 15, 2018 ORDER TO SHOW CAUSE** |

I, MONVAN HU, of full age, hereby declare as follows:

      1.    I am an associate of the law firm of Saiber LLC, counsel for the plaintiff, Juul

Labs, Inc. ("Juul"). I have personal knowledge of the matters set forth herein.

2. I submit this Certification to attest to Juul's efforts to effectuate service of the redacted versions of its Order to Show Cause papers, this Court's Order to Show Cause entered May 15, 2018, my Certification Pursuant to the Order to Show Cause, Juul's letter request, and the Court's May 17, 2018 Letter Order on Defendants, in compliance with the terms of the Court's May 15, 2018 Order to Show Cause and its May 17, 2018 Letter Order.

3. On May 16, 2018, I caused a process server to hand deliver and serve upon each of the defendants a redacted version of all the Order to Show Cause papers including the Order to Show Cause, at the following addresses:

**King Distribution LLC**
356 Getty Ave – Bldg 6
Clifton, New Jersey 07011

**Xtra Smoke Shop LLC**
1090 Main Street, Store 104
Paterson, New Jersey, 07503

**Fadi Salim**
48 Continental Circle
Totowa, New Jersey, 07512
&
281 Route 46 West
Elmwood Park, New Jersey 07407

4. On May 16, 2018, at or around 3:35 PM, the process server indicated that it had served the Order to Show Cause papers on King Distribution LLC, and the papers were accepted by John Kalousie. (See Exhibit A)

5. On May 16, 2018, at or around 3:47 PM, the process server indicated that it had served the Order to Show Cause papers on Xtra Smoke Shop LLC, and the papers were accepted by Ahid Nasrala. (See Exhibit B)

2

6. On May 16, 2018, at or around 2:59 PM, the process server indicated that it had attempted to deliver the Order to Show Cause papers on Fadi Salim at 281 Route 46 West in Elmwood Park, New Jersey, but the business at that location had no knowledge of Mr. Salim. (See Exhibit C). At or around 4:22 PM, the process server indicated that it had attempted to deliver the Order to Show Cause papers on Mr. Salim at 48 Continental Circle in Totowa, New Jersey, but the security guard informed the server that Mr. Salim was no longer at that location. (See Exhibit C). I thereafter directed the process server to attempt service on Mr. Salim at the locations of King Distribution LLC and/or Xtra Smoke Shop LLC.

7. On May 17, 2018, at or around 4:17 PM, the process server indicated that it had served Mr. Salim at the business address of King Distribution LLC. (See Exhibit C).

8. On May 16, 2018, I also mailed a redacted version of all the Order to Show Cause papers including the Order to Show Cause by Federal Express to each of the defendants to the following addresses:

**King Distribution LLC**
356 Getty Ave – Bldg 6
Clifton, New Jersey 07011

**Xtra Smoke Shop LLC**
1090 Main Street, Store 104
Paterson, New Jersey, 07503

**Fadi Salim**
48 Continental Circle
Totowa, New Jersey, 07512
&
281 Route 46 West
Elmwood Park, New Jersey 07407

9. On May 17, 2018, I was informed that Mr. Salim had another address in Butler, New Jersey. I therefore mailed Mr. Salim a redacted version of all the Order to Show Cause

papers including the Order to Show Cause by Federal Express to the following address:

**Fadi Salim**
75 Roosevelt Avenue
Butler, NJ 07405

I declare under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge and belief.

_____
MONVAN HU

# EXHIBIT A

**Plaintiff**
JUUL LABS INC.,

vs

**Defendant**
KING DISTRIBUTION LLC, ET AL.,

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

DOCKET NO. 18-9233(SDW)

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30
$ _____

Person to be served: KING DISTRIBUTION LLC

Address:
356 GETTY AVE.
BUILDING 6
CLIFTON NJ 07011

Attorney:
SAIBER LLC
ONE GATEWAY CENTER 10TH FLOOR, SUITE 1000
NEWARK NJ 07102

**Papers Served:**
ORDER TO SHOW CAUSE; MAY 16, 2018 LETTER TO THE COURT; CERTIFICATION PURSUANT TO THE ORDER TO SHOW CAUSE; CIVIL COVER SHEET; BLANK ORDER TO SHOW CAUSE; VERIFIED COMPLAINT, WITH EXHIBITS; BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, WITH EXHIBITS; DECLARATION OF DENNIES VARUGHESE; CORPORATE DISCLOSURE STATEMENT; DECLARATION OF NOTICE OF ORDER TO SHOW CAUSE

**Service Data:**

Served Successfully ✓   Not Served ___   Date: 5-16-18   Time: 3:35pm   Attempts: ___

___ Delivered a copy to him/her personally

___ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

✓ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title
John Kalousie
President

**Description of Person Accepting Service:**
Age: 70   Height: 5'4"   Weight: 170   Hair: Bald   Sex: M   Race: Cauc

**Non-Served:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: ___ Date ___ Time ___
                       Date ___ Time ___
                       Date ___ Time ___
( ) Other: ___   Comments or Remarks ___

Subscribed and Sworn to me this 18 day of May 2018

*Angela Ilaria*
Notary Signature

ANGELA ILARIA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 4/14/2021

I, Tugrul Turna, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server   Date 5/16/18

DGR - THE SOURCE FOR LEGAL SUPPORT
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.   394097
File No.   18-9233(SDW)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KING DISTRIBUTION LLC, <br> XTRA SMOKE SHOP LLC, <br> FADI SALIM, and <br> JOHN DOEs 1 – 50, <br><br> Defendants. | Civil Action No.: 18-9233 <br><br> ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE |

**THIS MATTER** having been brought before the Court by Saiber LLC and Sterne, Kessler, Goldstein & Fox P.L.L.C., attorneys for plaintiff Juul Labs, Inc. ("Juul") pursuant to Federal Rule of Civil Procedure 65(a) and Local Rule 65.1, for an Order to Show Cause why a preliminary injunction should not issue against defendants King Distribution LLC ("King"), Xtra Smoke Shop LLC ("Xtra Smoke Shop"), Fadi Salim ("Salim"), and JOHN DOEs 1 – 50 (collectively, "Defendants"), and why the relief demanded in the Verified Complaint should not be granted.

The Court having reviewed the Verified Complaint, the Declarations of Joanna Engelke, [redacted] and Charles Robbins with exhibits attached thereto, and Brief submitted in support hereof; and it appearing that Juul has suffered irreparable harm and injury; and to prevent any further irreparable injury that will result to Juul and the general public if the restraints requested herein are not issued prior to the return date of the Order to Show Cause; and it further appearing that the matter presented herein is of a sufficiently emergent nature to justify the entry of the within Order and that this application is properly addressed by Order to Show Cause rather than by motion; and it further appearing that advance notice of this application was provided to the Defendants and

# EXHIBIT B

**Plaintiff**
JUUL LABS INC.,

vs

**Defendant**
KING DISTRIBUTION LLC, ET AL.,

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

DOCKET NO. 18-9233(SDW)

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30

$ _____

Person to be served: XTRA SMOKE SHOP LLC

Address:
1090 MAIN ST.
STORE 104
PATERSON NJ 07503

Attorney:
SAIBER LLC
ONE GATEWAY CENTER 10TH FLOOR, SUITE 1000
NEWARK NJ 07102

Papers Served:
ORDER TO SHOW CAUSE; MAY 16, 2018 LETTER TO THE COURT; CERTIFICATION PURSUANT TO THE ORDER TO SHOW CAUSE; CIVIL COVER SHEET; BLANK ORDER TO SHOW CAUSE; VERIFIED COMPLAINT, WITH EXHIBITS; BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, WITH EXHIBITS; DECLARATION OF DENNIES VARUGHESE; CORPORATE DISCLOSURE STATEMENT; DECLARATION OF NOTICE OF ORDER TO SHOW CAUSE

**Service Data:**

Served Successfully ✓   Not Served ___   Date: 5-16-18   Time: 3:47pm   Attempts: ___

___ Delivered a copy to him/her personally

___ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

✓ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title
Ahid Nasralia
MANAGING AGENT

**Description of Person Accepting Service:**
Age: 34   Height: 5'11"   Weight: 158   Hair: Blk   Sex: M   Race: M/E

**Non-Served:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                    _____ Date _____ Time _____
                    _____ Date _____ Time _____
( ) Other: _____   Comments or Remarks _____

I, Joel Sanchez, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Subscribed and Sworn to me this 17 day of May 2018

_Angela Ilaria_
Notary Signature

ANGELA ILARIA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 4/14/2021

Signature of Process Server
Date: 5-17-18

DGR - THE SOURCE FOR LEGAL SUPPORT
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.  394100
File No.  18-9233(SDW)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUUL LABS, INC., | Civil Action No.: 18-9233 |
| Plaintiff, | ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE |
| v. | |
| KING DISTRIBUTION LLC, XTRA SMOKE SHOP LLC, FADI SALIM, and JOHN DOEs 1 – 50, | |
| Defendants. | |

**THIS MATTER** having been brought before the Court by Saiber LLC and Sterne, Kessler, Goldstein & Fox P.L.L.C., attorneys for plaintiff Juul Labs, Inc. ("Juul") pursuant to Federal Rule of Civil Procedure 65(a) and Local Rule 65.1, for an Order to Show Cause why a preliminary injunction should not issue against defendants King Distribution LLC ("King"), Xtra Smoke Shop LLC ("Xtra Smoke Shop"), Fadi Salim ("Salim"), and JOHN DOEs 1 – 50 (collectively, "Defendants"), and why the relief demanded in the Verified Complaint should not be granted.

The Court having reviewed the Verified Complaint, the Declarations of Joanna Engelke, ▮▮▮▮▮ and Charles Robbins with exhibits attached thereto, and Brief submitted in support hereof; and it appearing that Juul has suffered irreparable harm and injury; and to prevent any further irreparable injury that will result to Juul and the general public if the restraints requested herein are not issued prior to the return date of the Order to Show Cause; and it further appearing that the matter presented herein is of a sufficiently emergent nature to justify the entry of the within Order and that this application is properly addressed by Order to Show Cause rather than by motion; and it further appearing that advance notice of this application was provided to the Defendants and

# EXHIBIT C

## Monvan Hu

| | |
|---|---|
| From: | DGR Notification <donotreply@dgrlegal.com> |
| Sent: | Friday, May 18, 2018 4:26 PM |
| To: | Monvan Hu |
| Subject: | DGR 394228 Legal Status Update for: 18-9233(SDW) FADI SALIM |

Thank you for choosing DGR - The Legal Support Solution!

Your assignment has been updated.

** THIS IS AN AUTOMATED NOTIFICATION; DO NOT REPLY TO THIS EMAIL. ** Please forward or send any requests or changes to Service@dgrlegal.com

Client: SAIBER LLC
Contact: MONVAN HU
Invoice #: 394228
File No: 18-9233(SDW)
Case No: 18-9233(SDW)
Case Name: JUUL LABS VS. KING DISTRIBUTION

Process Server: JOEL SANCHEZ

Documents:
ORDER TO SHOW CAUSE; MAY 16, 2018 LETTER TO THE COURT; CERTIFICATION PURSUANT TO THE ORDER TO SHOW CAUSE; CIVIL COVER SHEET; BLANK ORDER TO SHOW CAUSE; VERIFIED COMPLAINT, WITH EXHIBITS; BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, WITH EXHIBITS; DECLARATION OF DENNIES VARUGHESE; CORPORATE DISCLOSURE STATEMENT; DECLARATION OF NOTICE OF ORDER TO SHOW CAUSE JUUL LABS INC., KING DISTRIBUTION LLC, ET AL.,

Subject: FADI SALIM

Service address(es):
-                    SERVED AT:
XTRA SMOKE SHOP LLC          KING DISTRIBUTION LLC
1090 MAIN ST., STORE 104     356 GETTY AVE., BLDG 6
PATERSON    NJ 07503         CLIFTON    NJ 07011

Status:
05/17/18 12:22 PM SUBJECT IS NOT IN AT THIS TIME AT 356 GETTY
         AVENUE. MALE MANAGER STATED TO COME BACK IN
         ABOUT AN HOUR.
         WILL CONTINUE TO ATTEMPT SERVICE.
05/17/18 12:36 PM SUBJECT IS NOT IN AT THIS TIME AT 1090 MAIN
         STREET.
         THE MANAGER STATED THE SUBJECT ALREADY

```
          RECEIVED THE DOCUMENTS.
          WILL CONTINUE TO ATTEMPT SERVICE.
05/17/18 4:36 PM  NO ANSWER AT THIS TIME TO THE WAREHOUSE DOOR
          AT 356 GETTY AVENUE.
          WILL CONTINUE TO ATTEMPT SERVICE.
05/18/18 4:17 PM  SERVED PERSONALLY.
          SERVICE WAS MADE AT: KING DISTRIBUTION LLC,
          356 GETTY AVENUE, BUILDING 6, CLIFTON, NJ.
```

This is an automated notification; do not reply to this email.
Notifications are only generated weekdays between the hours of
8 am and 6 pm.

If you have any questions or comments, call (973) 403-1700 for a live customer service representative.

2