UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUUL LABS, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KING DISTRIBUTION LLC,<br>XTRA SMOKE SHOP LLC,<br>FADI SALIM, and<br>JOHN DOES 1 – 50,<br><br>　　　　　　Defendants. | Civil Action No. 18-9233-SDW-LDW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Juul Labs, Inc. ("JLI") and defendants King Distribution LLC, Xtra Smoke Shop, LLC and Fadi Salim (collectively "Defendants"), by their respective counsel, hereby stipulate to the dismissal with prejudice of this action, with JLI and Defendants to each bear their own costs and attorneys' fees, except that this Court shall retain jurisdiction to enforce the terms of the Confidential Settlement Agreement and Consent Permanent Injunction.

March 26, 2019                                      Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s Arnold B. Calmann
　　　　　　　　　　　　　　　　　　　　　COUNSEL FOR PLAINTIFF JUUL LABS, INC.

　　　　　　　　　　　　　　　　　　　　　Arnold B. Calmann
　　　　　　　　　　　　　　　　　　　　　Jakob B. Halpern
　　　　　　　　　　　　　　　　　　　　　Monvan Hu
　　　　　　　　　　　　　　　　　　　　　SAIBER LLC
　　　　　　　　　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　　　　　　　　　10th Floor, Suite 1000
　　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　　　　Tel.: 973.622.3333
　　　　　　　　　　　　　　　　　　　　　Fax: 973.286.2456

　　　　　　　　　　　　　　　　　　　　　Dennies Varughese, Pharm.D.
　　　　　　　　　　　　　　　　　　　　　Robert G. Sterne

>Monica Riva Talley
>Nirav Desai
>Jean Paul Y. Nagashima
>Joshua I. Miller
>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C
>1100 New York Avenue NW, Suite 600
>Washington, DC 20005
>Tel.: 202.371.2600
>Fax: 202.371.2540

>/s Alan S. Golub
>COUNSEL FOR DEFENDANTS KING DISTRIBUTION
>LLC, XTRA SMOKE SHOP LLC AND FADI SALIM

>Alan S. Golub
>FEIN SUCH KAHN & SHEPARD, P.C.
>7 Century Drive, 2nd Floor
>Parsippany, NJ 07054
>(973) 538-4700
>(973) 867-4555 (fax)

IT IS SO ORDERED:

Dated: March 27, 2019

HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE